WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorney for Plaintiff, Carrington Mortgage Services, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RLP MERCER VALLEY, LLC, an unknown limited liability company; SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada domestic non-profit Corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00668-JCM-CWH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST RLP MERCER VALLEY, LLC** |

Plaintiff, Carrington Mortgage Services, LLC's (hereinafter "Plaintiff"), Motion for Default Judgment against RLP Mercer Valley, LLC (hereinafter "Motion") having been filed on December 4, 2015 as Docket Nos. 31 and 32, Plaintiff's Notice of Non-Opposition to the Motion for Default Judgment having been filed on December 21, 2015 as Docket No. 33, the Court having entered an Order granting the Motion for Default Judgment on January 21, 2014 as Docket No. 34, and good cause appearing, the Court hereby rules as followed:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff has complied with F.R.C.P. Rule 55 and that Defendant, RLP Mercer Valley, LLC, has failed to appear or otherwise respond to the Complaint.


IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff has provided an affidavit detailing its due diligence in attempting to serve Defendant, RLP Mercer Valley, LLC.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the deadline for Defendant, RLP Mercer Valley, LLC, to respond to the Complaint has expired and a Default has been entered against Defendant, RLP Mercer Valley, LLC.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that considering all the Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) factors, Plaintiff's Motion for Default Judgment against RLP Mercer Valley, LLC is granted.

DATED February 2, 2016.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

_____
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Carrington Mortgage Services, LLC*