1 | WRIGHT, FINLAY & ZAK, LLP
2 | Chelsea A. Crowton, Esq.
  | Nevada Bar No. 11547
3 | 7785 W. Sahara Ave, Suite 200
  | Las Vegas, NV 89117
4 | (702) 475-7964; Fax: (702) 946-1345
  | ccrowton@wrightlegal.net
5 | *Attorney for Plaintiff, Carrington Mortgage Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CARRINGTON MORTGAGE SERVICES, LLC, a California limited liability company,

　　　　　Plaintiff,

vs.

RLP MERCER VALLEY, LLC, an unknown limited liability company; SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada domestic non-profit Corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

　　　　　Defendants.

Case No.: 2:15-cv-00668-JCM-CWH

**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE SHADOW SPRINGS COMMUNITY ASSOCIATION AND RED ROCK FINANCIAL SERVICES**

　　　　Plaintiff, Carrington Mortgage Services, LLC (hereinafter "Plaintiff"), Defendant/Cross-Claimant, Shadow Springs Community Association (hereinafter "HOA), and Defendant/Cross-Defendant, Red Rock Financial Services (hereinafter "HOA Trustee"), by and through their attorneys of record, stipulate as follows:

　　　　IT IS HEREBY STIPULATED that the Complaint shall be dismissed without prejudice as to HOA and HOA Trustee.

　　　　IT IS FURTHER STIPULATED between Plaintiff, HOA, and HOA Trustee that each

///

///

1  side shall bear their own fees and costs.

2  DATED this 1st day of February, 2016.   DATED this 1st day of February, 2016.

3  WRIGHT, FINLAY & ZAK, LLP              PENGILLY LAW FIRM

4  ___/s/ Chelsea A. Crowton, Esq._____   _____/s/ Elizabeth B. Lowell, Esq._____
   Chelsea A. Crowton, Esq.               Elizabeth B. Lowell, Esq.
5  Nevada Bar No. 11547                   Nevada Bar No. 8551
   7785 W. Sahara Ave, Suite 200          1995 Village Center Circle, Suite 190
6  Las Vegas, NV 89117                    Las Vegas, Nevada 89134
   *Attorney for Plaintiff, Carrington*   *Attorney for Defendant/Cross-Claimant, Shadow*
7  *Mortgage Services, LLC*               *Springs Community Association*

8

9
   DATED this 1st day of February, 2016.
10
   KOCH & SCOW, LLC
11       ___/s/ Steve Scow, Esq._____
   Steve Scow, Esq.
12 Nevada Bar No. 9906
13 11500 S. Eastern Avenue, Suite 210
   Henderson, Nevada 89052
14 *Attorney for Defendant/Cross-Defendant,*
   *Red Rock Financial Services*
15
                        **ORDER**
16
       IT IS HEREBY ORDERED that the Complaint is dismissed without prejudice as to HOA
17
   and HOA Trustee.
18
       IT IS FURTHER ORDERED that that each side shall bear their own fees and costs.
19
   DATED February 5, 2016.
20

21
                                          _____
22                                        U.S. DISTRICT COURT JUDGE

23

24 Respectfully Submitted by:

25 WRIGHT, FINLAY & ZAK, LLP
       ___/s/ Chelsea A. Crowton, Esq._____
26 Chelsea A. Crowton, Esq.
   Nevada Bar No. 11547
27 7785 W. Sahara Ave, Suite 200
28 Las Vegas, NV 89117
   *Attorney for Plaintiff, Carrington Mortgage Services, LLC*