UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RLP MERCER VALLEY, LLC,<br><br>　　　　Defendants. | Case No. 2:15-cv-00668-JCM-CWH<br><br><br>**ORDER** |

Presently before the Court is the parties' stipulation to stay (ECF No. 51), filed on January 5, 2017. The parties request a stay of all litigation pending final appeals in *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, 832 F.3d 1154 (9th Cir. 2016), and *Saticoy Bay v. Wells Fargo*, 133 Nev. Adv. Op. 5 (2017). The Court notes that the Nevada Supreme Court has stayed execution of its judgment until June 21, 2017, to allow time to seek certiorari. *Saticoy Bay*, Nev. S. Ct. Case No. 68630, Doc. 17-04543 (Feb 8, 2017). Additionally, the United States Supreme Court has extended the deadline for the *Bourne Valley* cert petition until April 3, 2017. Case No. 16A753 (Feb 24, 2017).

Upon review, there is no appeal currently pending in the above cases, and the timeline for a decision on any potential appeal is remote. The Court does not find good cause to stay the case at this time.

IT IS THEREFORE ORDERED that the parties' stipulation to stay (ECF No. 51) is DENIED.

IT IS FURTHER ORDERED that the parties must submit a proposed discovery plan and scheduling order within 30 days of the date of this order.

DATED: February 28, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1