**SUBT**
Darius F. Rafie, Esq.
Nevada Bar No. 6465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
Fax: (702) 363-4107
E-mail: thansen@nvlaw.us
*Attorney for RLP-Mercer Valley, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RLP MERCER VALLEY, LLC, an unknown limited liability company; SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada domestic non-profit Corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00668-JCM-CWH<br><br>**<u>SUBSTITUTION OF ATTORNEY</u>** |
| RLP MERCER VALLEY, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a California limited liability company,<br><br>Counterdefendant. | |

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

| | |
|---|---|
| 1 | RLP MERCER VALLEY, LLC, |
| 2 | Crossclaimant, |
| 3 | vs. |
| 4 | |
| 5 | SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada domestic non-profit Corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive |
| 6 | |
| 7 | |
| 8 | |
| 9 | Crossdefendant. |

## SUBSTITUTION OF ATTORNEY

Defendant/Counterclaimant RLP MERCER VALLEY, LLC, a Nevada limited liability company, hereby agrees to the substitution of the law firm of MORTENSON & RAFIE, LLP, as counsel in the above-entitled action.

DATED this __1st__ day of October, 2018.

_____
RLP MERCER VALLEY, LLC

I hereby consent to the above substitution of counsel.

DATED this __2nd__ day of October, 2018.

COOPER COONS

_____
THOMAS A. MISKEY, ESQ
Nevada Bar No. 13540
COOPER COONS
10655 Park Run Dr., Ste. 130
Las Vegas, NV 89144
Tel: 702-998-1500

I hereby agree to the substitution of MORTENSON & RAFIE, LLP in the above-entitled action as attorney for Defendant/Counterclaimant RLP MERCER VALLEY, LLC.

DATED this 3RD day of October, 2018.

MORTENSON & RAFIE, LLP

_____
Darius F. Rafie, Esq.
Nevada Bar No. 6465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: (702) 363-4190
*Attorney for Equisource, LLC*

IT IS SO ORDERED.

DATED: Oct 05, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE