WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RLP MERCER VALLEY, LLC, an unknown limited liability company; SHADOW SPRINGS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:15-cv-00668-JCM-CWH<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| RLP MERCER VALLEY, LLC,<br><br>Counter-Claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a California Limited Liability Company,<br><br>Counter-Defendant. | |
| RLP MERCER VALLEY, LLC,<br><br>Cross-Claimant,<br><br>vs.<br><br>SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada domestic non-profit Corporation; RED ROCK FINANCIAL | |

| | |
|---|---|
| 1 | SERVICES, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, |
| 2 | |
| 3 | Cross-Defendants. |

## EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

The undersigned counsel respectfully requests that Victoria L. Hightower, Esq., of Wright, Finlay & Zak, LLP, is removed from the CM/ECF Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP, to Christina V. Miller, Esq. Future filings should be served upon Christina V. Miller, Esq., of Wright Finlay & Zak. LLP. As a result, it is no longer necessary that Victoria L. Hightower, Esq. receive CM/ECF notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Victoria L. Hightower, Esq. be removed from the CM/ECF Service List in this matter.

DATED this 4th day of October, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant,
Carrington Mortgage Services, LLC*

IT IS SO ORDERED.

DATED: Oct 05, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

The undersigned, an employee of Wright, Finlay & Zak, LLP, hereby certifies that on the 4th day of October, 2018, a true and correct copy of **EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
**PENGILLY LAW FIRM**
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134
*Attorney for Shadow Springs Community Association*

Thomas Miskey, Esq.
Nevada Bar No. 13540
**COOPER COONS, LTD.**
10655 Park Run Drive, Suite 130
Las Vegas, Nevada 89144
*Attorney for Defendant/Cross-Claimant,*
*RLP Mercer Valley, LLC*

David R. Koch, Esq.
Nevada Bar No. 8803
**KOCH & SCOW, LLC**
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052
*Attorney for Cross-Defendant,*
*Red Rock Financial Services, LLC*

                     */s/ Tonya Sessions*
                     An Employee of Wright Finlay & Zak