<mark>LEACH KERN GRUCHOW ANDERSON SONG</mark>
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

|   |   |
|---|---|
| 1 | **LEACH KERN GRUCHOW ANDERSON SONG** |
| 2 | SEAN L. ANDERSON |
| 3 | Nevada Bar No. 7259<br>sanderson@lkglawfirm.com |
| 4 | J. TYLER KING<br>Nevada Bar No. 14895 |
| 5 | tking@lkglawfirm.com |
| 6 | 2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| 7 | Telephone:  (702) 538-9074<br>Facsimile:  (702) 538-9113 |
| 8 | *Attorneys for Shadow Springs Community Association* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RLP MERCER VALLEY, LLC, a limited liability company of unknown origin; SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada domestic non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00668-JCM-CWH<br><br><br><br>**MOTION TO SUBSTITUTE COUNSEL** |
| RLP MERCER VALLEY, LLC,<br><br>Counter Claimant,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, a California limited liability company,<br><br>Counter Defendant. | |
| RLP MERCER VALLEY, LLC;<br><br>Cross Claimant,<br><br>vs. | |

-1-

SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada domestic non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Cross Defendants.

Cross Defendant Shadow Springs Community Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this 26th day of November, 2018.

**ROBBINS LAW FIRM**

*/s/ Elizabeth Lowell*
1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this 26th day of November, 2018.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Sean L. Anderson*
Sean L. Anderson
Nevada Bar No. 7259
J. Tyler King
Nevada Bar No. 14895
2525 Box Canyon Drive
Las Vegas, Nevada 89128

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

SHADOW SPRINGS COMMUNITY ASSOCIATION

By: _____

Name: _____

Its: _____

**ORDER**

IT IS SO ORDERED

DATED: November 27, 2018

_____
United States Magistrate Judge

-3-