WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Carrington Mortgage Services, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California limited liability company, | Case No.: 2:15-cv-00668-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO RECONSIDER ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| RLP MERCER VALLEY, LLC, an unknown limited liability company; SHADOW SPRINGS COMMUNITY ASSOCIATION, | |
| Defendants. | **[First request]** |
| RLP MERCER VALLEY, LLC, | |
| Counter-Claimant, | |
| vs. | |
| CARRINGTON MORTGAGE SERVICES, LLC, a California Limited Liability Company, | |
| Counter-Defendant. | |
| RLP MERCER VALLEY, LLC, | |
| Cross-Claimant, | |
| vs. | |
| SHADOW SPRINGS COMMUNITY ASSOCIATION, a Nevada domestic non-profit Corporation; RED ROCK FINANCIAL | |

SERVICES, LLC, a Delaware limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Cross-Defendants.

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO RECONSIDER ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [First request]

Plaintiff/Counter-Defendant, Carrington Mortgage Services, LLC ("Carrington"), and Defendant/Counterclaimant, RLP Mercer Valley, LLC ("RLP") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On December 26, 2018, Carrington filed its Motion to Reconsider Order Denying Plaintiff's Motion for Summary Judgment [ECF No. 88]. On January 10, 2019, RLP filed its Opposition to Plaintiff's Motion for Reconsideration [ECF No. 91] making Carrington's Reply deadline January 17, 2019.

The parties agree that Carrington shall have until February 13th, 2019, to file and serve its Reply in Support of its Motion to Reconsider Order Denying Plaintiff's Motion for Summary Judgment.

///
///
///
///

This is the first extension to which the parties have sought regarding this motion. Carrington seeks additional time due to the recent government shutdown causing delay in counsel's ability to obtain approval, as well as allowing counsel to pursue meaningful settlement discussions to evaluate the possibility of resolving this matter in lieu of continuing litigation/trial. This extension is not intended to delay these proceedings and granting Plaintiff's request will not prejudice any party.

IT IS SO STIPULATED AND AGREED.

| DATED this 16th day of January, 2019. | DATED this 16th day of January, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | MORTENSON & RAFIE, LLP |
| */s/ Yanxiong Li, Esq.* <br> Bradley T. Wibicki, Esq. <br> Nevada Bar No. 11321 <br> Yanxiong Li, Esq. <br> Nevada Bar No. 12807 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff/Counter-Defendant,* <br> *Carrington Mortgage Services, LLC* | */s/ Darius F. Rafie, Esq.* <br> Darius F. Rafie, Esq. <br> Nevada Bar No. 6465 <br> 10781 W. Twain Avenue <br> Las Vegas, NV 89135 <br> *Attorneys for Defendant/Counterclaimant, RLP* <br> *Mercer Valley, LLC* |

**ORDER**

PURSUANT to the Stipulation above and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for the Carrington to file its Reply in support of the Motion to Reconsider Order Denying Plaintiff's Motion for Summary Judgment in the above-identified litigation, shall be extended to February 13, 2019 .

**IT IS SO ORDERED.**

Date January 18, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE